ROBERT PLAUT, Respondent, *v.* ROBERT L. MOORES et al., Appellants.

(Submitted April 9, 1894; decided April 24, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 12, 1893, which affirmed orders of the Special Term requiring the appellant La Fayette R. Beckley to complete a purchase made by him at a sale under judgment of foreclosure herein.

*L. R. Beckley*, appellant, in person.

*G. J. Wiederhold* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.